

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00024-CV

IN THE GUARDIANSHIP OF CRAIG HARLAN PENSE, AN INCAPACITATED PERSON

On Appeal from the County Court at Law
Hopkins County, Texas
Trial Court No. G04-00061

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.


Jeff Rambin
Justice

Date Submitted:    January 17, 2023
Date Decided:     January 18, 2023